**No. 61021.**—M. Bernstein Sons & Forman, Inc., et al. *v.* United States, protests 695685–G, etc. (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of dogskins similar in all material respects to those the subject of *United States* v. *Arnhold & Co., Inc., et al.* (27 C. C. P. A. 135, C. A. D. 74), the claim of the plaintiffs was sustained.

**No. 61022.**—China Man Way Fur Corp. *v.* United States, protest 936432–G (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the items marked "A" consist of kidskin plates the same in all material respects as those the subject of *Prime Fur Corp.* v. *United States* (37 Cust. Ct. 83, C. D. 1802) and that the items marked "B" consist of goatskins similar to those involved in *United States* v. *Winograd Bros., Inc.* (32 C. C. P. A. 153, C. A. D. 302), the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1802, *supra*.

**No. 61023.**—Oscar Feldman, Inc. *v.* United States, protests 931958–G, etc. (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of kidskin plates the same in all material respects as those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480) or *Prime Fur Corp.* v. *United States* (37 Cust. Ct. 83, C. D. 1802) and lambskin plates similar to those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643) or C. D. 1802, *supra*, the claim for free entry under paragraph 1681 was sustained, except as to merchandise invoiced as "cat piece head plates," on the invoice accompanying entry 108346, covered by protests 991999–G and 992000–G, which was abandoned.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1802, *supra*.